```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ALPHA MOM TV, INC., <br><br>    Plaintiff, <br><br> -v- <br><br> ALPHA MOM LLC et al. <br><br>    Defendants. | 25-cv-03250(JSR) <br><br> <u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On May 1, 2025, the parties in the above-captioned case informed the Court that they have reached a settlement in principle. Accordingly, the Court hereby stays the case and suspends all deadlines for 30 days from the date hereof. The parties are directed to jointly call Chambers by June 2, 2025, to inform the Court whether the settlement has been fully effectuated, subsequent to which the Court will either dismiss the case or set a date for an initial pretrial conference.

SO ORDERED.

New York, NY
May 2, 2025

_____
JED S. RAKOFF, U.S.D.J.

1